In the Matter of NATHANIEL A. BARBER, Respondent, against WILLIAM R. LUPTON et al., as Members of the City Council of the City of Niagara Falls, et al., Appellants.— Order affirmed, with costs. All concur, except Piper, J., who concurs in all respects except as to all increases in salary since the time of petitioner's disability, on the authority of *Matter of Birmingham* v. *Mirrington* (205 Misc. 28). (Appeal from an order directing defendants to replace petitioner upon the bureau of fire of the City of Niagara Falls and to pay him the salary for such position.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

EMMA C. NIH, Respondent, v. FREDERICK DE W. BOLMAN, JR., Appellant.— Order affirmed, with $10 costs and disbursements. All concur, except Vaughan and Kimball, JJ., who dissent and vote for reversal and granting of the motion upon the ground that the spoken words complained of are not slanderous per se in the absence of an allegation of special damage. Even in a libel action this court has held not to be libelous words which plaintiff claimed to have charged him with a crime. (*Siemiankowski* v. *Pankiewicz,* 277 App. Div. 830.) (Appeal from an order denying defendant's motion to dismiss plaintiff's complaint in an action for damages for an alleged slander.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 283 App. Div. 848.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT RAYMOND HALL, Appellant.— Order affirmed. All concur. (Appeal from an order denying defendant's application in a proceeding in the nature of *coram nobis* to set aside a conviction and for leave to plead not guilty.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.